UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES A. CIESNIEWSKI, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   CASE NO. 1:16-CV-00817-WTL-TAB |
| | ) |
| ARIES CAPITAL PARTNERS, INC. d/b/a | ) |
| ARIES DATA COLLECTIONS, PARKER | ) |
| L. MOSS, PARKER L. MOSS, P.C., | ) |
| and JOHN DOE COMPANY, | |
| | ) |
| Defendant. | ) |

## **APPEARANCE**

Kightlinger & Gray LLP, by Peter A. Velde, enters its appearance on behalf of Parker L. Moss and Parker L. Moss, P.C., Defendants in the above cause of action.

        Respectfully Submitted,

        KIGHTLINGER & GRAY, LLP

        By:  /s/ *Peter A. Velde*
            Peter A. Velde, Atty. No. 949-49
            *Attorney for Defendants Parker L. Moss and*
            *Parker L. Moss, P.C.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 30th day of June, 2016, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Steven Hofer | Keith Hagan |
| Consumer Law Office of Steve Hofer | Hagan and White, LLP |
| 8888 Keystone Crossing, Suite 1300 | 201 North Illinois, 16th Floor |
| Indianapolis, IN  46240 | Indianapolis, IN  46204 |

              */s/ Peter A. Velde*
              Peter A. Velde

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN  46204
pvelde@k-glaw.com