UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES A. CIESNIEWSKI, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 1:16-cv-00817-WTL-TAB |
| ARIES CAPITAL PARTNERS, INC. doing business as ARIES DATA COLLECTIONS, PARKER L. MOSS, PARKER L. MOSS, P.C., JOHN DOE COMPANY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON AUGUST 17, 2016, INITIAL PRETRIAL CONFERENCE**

Parties appeared by counsel August 17, 2016, for an initial pretrial conference. The Case Management Plan [Filing No. 27] is denied. The deadline for Defendants to answer or otherwise respond to the complaint is stayed pending the possible filing of an amended complaint.

**This cause is set for a telephonic status conference at 9 a.m. on October 27, 2016.**

Parties shall participate in this conference by counsel, who shall call the Court at 317-229-3660. The purpose of this conference is regarding case status and settlement.

Dated: 8/24/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email