UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES A. CIESNIEWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:16-cv-00817-WTL-TAB |
| ) | |
| ARIES CAPITAL PARTNERS, INC. doing ) | |
| business as ARIES DATA COLLECTIONS, ) | |
| PARKER L. MOSS, ) | |
| PARKER L. MOSS, P.C., ) | |
| JOHN DOE COMPANY, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON OCTOBER 27, 2016, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel October 27, 2016, for a telephonic status conference. Discussion held regarding discovery, settlement and related matters. The parties shall file status report by January 23, 2017, regarding need for and timing of a settlement conference.

Dated: 10/28/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.