IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES A. CIESNIEWSKI, <br> DARYL NORMAN, <br> on behalf of themselves and <br> on behalf of all persons similarly situated <br><br> Plaintiffs, <br><br> v. <br><br> ASTA FUNDING, INC.; <br> PALISADES COLLECTION, LLC; <br> PALISADES ACQUISITION XVI, LLC; <br> ARIES CAPITAL PARTNERS, INC., <br> doing business as ARIES DATA COLLECTIONS; <br> PARKER L. MOSS; <br> PARKER L. MOSS, P.C.; <br> John Doe Intermediaries 1-20, and <br> John Doe Collection firms 1-50. | 1:16-cv-00817-WTL-TAB |

## ORDER

This matter having come before this Court on **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** with fair notice and opportunity to be heard being given and the Court being otherwise fully advised

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to Amend Complaint is granted. Plaintiffs shall file the Amended Complaint within 7 days.

DATE: 10/28/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF