AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| JAMES A. CIESNIEWSKI and DARYL NORMAN et al <br> *Plaintiff(s)* <br> v. <br> ASTA FUNDING, INC, PALISADES COLLECTION, LLC, PALISADES ACQUISITION XVI, LLC, ARIES CAPITAL PARTNERS, INC, PARKER L. MOSS, PARKER L. MOSS, P.C. et al <br> *Defendant(s)* | Civil Action No. 1:16-cv-00817-WTL-TAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Asta Funding, Inc.
210 Sylvan Avenue
Englewood Cliffs, NJ 07632

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT, Laura A. Briggs

Date: 10/31/16                    BY: _____
                                       Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-00817-WTL-TAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Asta Funding, Inc. was received by me on *(date)* Oct 31, 2016, 5:32 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Susan Kohn , who is designated by law to accept service of process on behalf of *(name of organization)* Asta Funding, Inc. on *(date)* Tue, Nov 01 2016 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ 5.00.

I declare under penalty of perjury that this information is true.

Date: 11/2-/16

_____
Server's signature

Anthony Iavarone
_____
Printed name and title

400 Tenafly Rd #70, Tenafly, NJ 07670
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 1, 2016, 10:56 am EDT at Company: 210 Sylvan Ave, Englewood Cliffs, NJ 07632 received by Susan Kohn . Age: 55; Ethnicity: Caucasian; Gender: Female; Weight: 180; Height: 5'4"; Hair: Blond; Eyes: Blue; Relationship: Managing Agent;