# **<u>EXHIBIT A</u>**

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Centurion Capital Corp v. James Ciesniewski

| | |
|---|---|
| Case Number | 49D06-0607-CC-028491 |
| Court | Marion Superior Court, Civil Division 6 |
| Type | CC - Civil Collection |
| Filed | 07/11/2006 |
| Status | 04/21/2015 , Decided |

## Parties to the Case

**Defendant** Ciesniewski, James A
  *Address*

  *Attorney*
  Keith R Hagan
  *#3026549, Retained*

  201 N Illinois St, FL 16
  Indianapolis, IN 46204
  513-602-6953(W)

**Plaintiff** Centurion Capital Corp
  *Address*
  4646 W Jefferson BLVD
  STE 230
  Fort Wayne, IN 46804

## Chronological Case Summary

| | |
|---|---|
| 07/11/2006 | **Case Opened as a New Filing** |
| 04/21/2015 | **For Case Events Prior to May 13, 2013 See Court File** |
| 04/21/2015 | **Case ReOpened** |
| 04/22/2015 | **Appearance Filed** |
| | For Party: Centurion Capital Corp |
| | File Stamp: 04/14/2015 |
| 04/22/2015 | **Motion for Proceedings Supplemental Filed** |
| | Filed By: Centurion Capital Corp |
| | File Stamp: 04/14/2015 |
| 04/24/2015 | **Order Granting Motion to Answer Interrogatories** |
| | O'REILLY AUTO PARTS |
| | Judicial Officer: Carroll, Thomas J |
| | Order Signed: 04/24/2015 |

| 04/24/2015 | **Order to Appear** | |
| --- | --- | --- |
| | June 9, 2015 @ 9:00am in Room T-341. | |
| | Judicial Officer: | Carroll, Thomas J |
| | Party: | Ciesniewski, James A |
| | Order Signed: | 04/24/2015 |

| 04/24/2015 | **Hearing Scheduling Activity** |
| --- | --- |
| | Proceedings Supplemental scheduled for 06/09/2015 at 9:00 AM. |

| 04/25/2015 | **Notice Issued to Parties** | |
| --- | --- | --- |
| | Sent To: | Ciesniewski, James A |

| 04/25/2015 | **ENotice Issued to Parties** | |
| --- | --- | --- |
| | Sent To: | Moss, Parker L |

| 04/27/2015 | **Service Issued** | |
| --- | --- | --- |
| | Order to Appear | |
| | Serve To: | Ciesniewski, James A |

| 05/11/2015 | **Certified Mail Returned** | |
| --- | --- | --- |
| | order to ans interrog served on def O Reilly Auto Parts at 233 S Patterson Ave, Springfield MO 65802. | |
| | Date Signed: | 05/01/2015 |

| 05/18/2015 | **Answer to Interrogatories Filed** | |
| --- | --- | --- |
| | OReilly Automotive Stores Inc; yes | |
| | File Stamp: | 05/18/2015 |

| 05/20/2015 | **Service Returned Served** | |
| --- | --- | --- |
| | Copy 1, left at 7612 Kilmer Ln - 31908 | |
| | Party Served: | Ciesniewski, James A |

| 06/03/2015 | **Appearance Filed** | |
| --- | --- | --- |
| | Attorney: | Hagan, Keith R |
| | For Party: | Ciesniewski, James A |
| | File Stamp: | 06/03/2015 |

| 06/03/2015 | **Motion for Continuance Filed** | |
| --- | --- | --- |
| | Agreed motion for continuance | |
| | Filed By: | Moss, Parker L |
| | Filed By: | Hagan, Keith R |
| | File Stamp: | 06/03/2015 |

| 06/04/2015 | **Order Granting Motion for Continuance** | |
| --- | --- | --- |
| | Hearing reset for Tuesday August 31, 2015 @ 9:00am in Room T-341. | |
| | Judicial Officer: | Carroll, Thomas J |
| | Order Signed: | 06/04/2015 |

| 06/04/2015 | **Hearing Scheduling Activity** |
| --- | --- |
| | Proceedings Supplemental scheduled for 06/09/2015 at 9:00 AM was cancelled. Reason: Judicial Action. |

| 06/04/2015 | **Clerical Mistake Corrected** |
| --- | --- |
| | Hearing reset for Tuesday September 1, 2015 @ 9:00am in Room T-341. |

| 06/04/2015 | **Hearing Scheduling Activity** |
|---|---|
| | Proceedings Supplemental scheduled for 09/01/2015 at 9:00 AM. |

| 06/05/2015 | **Notice Issued to Parties** |
|---|---|
| | Sent To: Hagan, Keith R |

| 06/05/2015 | **ENotice Issued to Parties** |
|---|---|
| | Sent To: Moss, Parker L |

| 06/09/2015 | **CANCELED Proceedings Supplemental** |
|---|---|
| | Reason: Judicial Action |
| | Session: |
| | 06/09/2015 9:00 AM, Cancelled |

| 09/01/2015 | **Proceedings Supplemental** |
|---|---|
| | Session: |
| | 09/01/2015 9:00 AM, Judicial Officer: Shook, Deborah J - C |
| | Result: Commenced and concluded |

| 09/01/2015 | **Hearing Scheduling Activity** |
|---|---|
| | Proceedings Supplemental scheduled for 10/20/2015 at 9:00 AM. |

| 09/01/2015 | **Administrative Event** |
|---|---|
| | Defendant |

| 09/02/2015 | **Notice Issued to Parties** |
|---|---|
| | Sent To: Hagan, Keith R |

| 09/02/2015 | **ENotice Issued to Parties** |
|---|---|
| | Sent To: Moss, Parker L |

| 09/29/2015 | **First Class Mail Returned** |
|---|---|
| | Postcard for hearing scheduled 10/20/15 returned attempted not known. |
| | Party: Hagan, Keith R |
| | File Stamp: 09/28/2015 |

| 09/29/2015 | **Motion to Dismiss Filed** |
|---|---|
| | Motion to dismiss proceedings supplemental pursuant to Indiana trial rule 12 (B)(1) and/or 12(B)(6), with prejudice, and request to vacate hearing. |
| | Filed By: Ciesniewski, James A |
| | Filed By: Hagan, Keith R |
| | File Stamp: 09/29/2015 |

| 10/06/2015 | **Notice Issued to Parties** |
|---|---|
| | Plaintiff's attorney has to and including 10/16/15 to respond to defendant's Motion to Dismiss. |
| | Sent To: Centurion Capital Corp |
| | Sent To: Ciesniewski, James A |
| | Sent To: Moss, Parker L |
| | Sent To: Hagan, Keith R |

| 10/06/2015 | **Administrative Event** |
|---|---|
| | Plaintiff's attorney has up to and including 10/16/15 to respond to Defendant's motion to dismiss per jacket entry. |
| | File Stamp: 10/06/2015 |

| Date | Event | |
|---|---|---|
| 10/20/2015 | **CANCELED Proceedings Supplemental** | |
| | Reason: | Other |
| | Session: | |
| | 10/20/2015 9:00 AM, Cancelled | |

| 10/26/2015 | **Hearing Scheduling Activity** | |
|---|---|---|
| | Proceedings Supplemental scheduled for 10/20/2015 at 9:00 AM was cancelled. Reason: Other. | |

| 10/26/2015 | **Notice Issued to Parties** | |
|---|---|---|
| | Proceeding Supplemental dismissed without prejudice to plaintiff. | |
| | Sent To: | Centurion Capital Corp |
| | Sent To: | Ciesniewski, James A |
| | Sent To: | Moss, Parker L |
| | Sent To: | Hagan, Keith R |

| 10/27/2015 | **Notice Issued to Parties** | |
|---|---|---|
| | Sent To: | Hagan, Keith R |

| 10/27/2015 | **ENotice Issued to Parties** | |
|---|---|---|
| | Sent To: | Moss, Parker L |

| 10/27/2015 | **Administrative Event** | |
|---|---|---|
| | Per jacket entry; Proceedings supplemental dismissed without prejudice. | |
| | File Stamp: | 10/22/2015 |

| 01/13/2016 | **Notice of Dismissal Filed** | |
|---|---|---|
| | Consent to dismissal of proceeding supplemental without prejudice | |
| | Filed By: | Centurion Capital Corp |
| | Filed By: | Moss, Parker L |
| | File Stamp: | 01/11/2016 |

| 01/13/2016 | **Order Granting Motion to Dismiss** | |
|---|---|---|
| | Proceedings supplemental dismissed without prejudice. Orders mailed. | |
| | Order Signed: | 01/13/2016 |

| 08/17/2016 | **Motion to Strike Filed** | |
|---|---|---|
| | (1 of 2) | |
| | Filed By: | Ciesniewski, James A |
| | Filed By: | Hagan, Keith R |
| | File Stamp: | 08/16/2016 |

| 08/17/2016 | **Motion for Hearing Filed** | |
|---|---|---|
| | (2 of 2) Motion for evidentiary hearing. | |
| | Filed By: | Ciesniewski, James A |
| | Filed By: | Hagan, Keith R |
| | File Stamp: | 08/16/2016 |

| 08/22/2016 | **Hearing Scheduling Activity** | |
|---|---|---|
| | Hearing scheduled for 09/09/2016 at 11:00 AM. | |

| 08/23/2016 | **Automated Paper Notice Issued to Parties** | |
|---|---|---|
| | Sent To: | Hagan, Keith R |

| 08/23/2016 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Sent To: | Moss, Parker L |

| 08/23/2016 | **Notice of Hearing Issued** | |
|---|---|---|
| | Hearing is set for 9/9/16 at 11:00 am per order and jacket entry. Notice to parties. | |
| | Judicial Officer: | Carroll, Thomas J |
| | Date Signed: | 08/22/2016 |

| 09/06/2016 | **Response Filed** | |
|---|---|---|
| | 1 of 2 Response to Motion to Strike | |
| | File Stamp: | 09/06/2016 |

| 09/06/2016 | **Motion for Continuance Filed** | |
|---|---|---|
| | 2 of 2 Request for Continuance of Evidentiary Hearing or in the Alternative Release the Judgment | |
| | Filed By: | Moss, Parker L |
| | File Stamp: | 09/06/2016 |

| 09/09/2016 | **Hearing** | |
|---|---|---|
| | Session: | |
| | 09/09/2016 11:00 AM, Judicial Officer: Carroll, Thomas J | |

| 09/09/2016 | **Order Issued** | |
|---|---|---|
| | Per jacket entry, until Judgment Assignments are filed in this action, no further attempt at collection will be allowed. Parker Moss withdraws his appearance and court approves same. TJC | |
| | Judicial Officer: | Carroll, Thomas J |
| | Order Signed: | 09/09/2016 |

| 09/13/2016 | **First Class Mail Returned** | |
|---|---|---|
| | Notice of Hearing returned for Not Deliverable as Addressed. | |
| | Party: | Hagan, Keith R |
| | File Stamp: | 09/12/2016 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Ciesniewski, James A**

Defendant

**Balance Due** (as of 08/30/2017)
**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 90.00 | 0.00 | 90.00 |
| Overpayment | 0.00 | (210.00) | 210.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 11/07/2016 | Transaction Assessment | 90.00 |
| 11/07/2016 | Counter Payment | (300.00) |

Summary - MyCase

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.